# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2515

_____

BENJAMIN CUMMINGS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 15, 2019


PER CURIAM.

The amended petition for writ of habeas corpus is denied on the merits.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Benjamin Cummings, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.